389 A.2d 159

Commonwealth v. Anthony, Appellant.

Argued June 13, 1977. David Kanner, for appellant; Charles A. Klein, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and PRICE, J., did not participate in the consideration or decision of this case.